IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMY RANDELL MULLIGAN, | ) | |
| Petitioner, | ) | Civil Action No. 12-223 (Erie) |
| | ) | |
| v. | ) | District Judge Cathy Bissoon |
| | ) | Magistrate Judge Susan Paradise Baxter |
| LEWIS FOLINO, *et al*., | ) | |
| Respondents. | ) | |

# MEMORANDUM ORDER

On October 23, 2012, this case was referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C, 72.D and 72.G of the Local Rules for Magistrates. On October 18, 2013, the magistrate judge issued a Report and Recommendation (Doc. 24) recommending that Petitioner Mulligan's Petition for Writ of Habeas Corpus (Doc. 1) be denied and that a certificate of appealability be denied as well. Service of the Report and Recommendation was made on the parties and Petitioner timely filed Objections (Doc. 25).

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and Objections, the following Order is entered:

AND NOW, this 21st day of November, 2013,

IT IS HEREBY ORDERED that the October 18, 2013 Report and Recommendation (Doc. 24) is adopted as the opinion of the Court.

IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus is **DENIED** and that a certificate of appealability is **DENIED**.

                                                s/ Cathy Bissoon
                                                Cathy Bissoon
                                                United States District Judge

cc:

All attorneys of record (via CM/ECF e-mail).

Jeremy Randell Mulligan
HD-1829
SCI Greene
175 Progress Drive
Waynesburg, PA 15370 (via U.S. mail).